JS-6

FILED
CLERK, U.S. DISTRICT COURT

5/12/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT BLANKENSHIP, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CRISTO ARMSTRONG POWERS, an incorporated entity; and DOES 1-10,<br>　　　　　Defendants. | Case No.: 5:14-CV-01984<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO VACATE MOTION TO ENFORCE SETTLEMENT, AND CONCURRENT MOTION TO DISMISS ENTIRE MATTER WITH PREJUDICE** |

For good cause showing, upon Plaintiff's request, the hearing upon Plaintiff's Motion to Enforce Settlement scheduled for June 8, 2015 is hereby VACATED.

Additionally, pursuant to Plaintiff's request under Rule 41(a), the entire matter is DISMISSED WITH PREJUDICE.

Dated: May 12, 2015

BY: _____
JUDGE OF THE U.S. DISTRICT COURT